**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (SBN 240419)
*tarifa.laddon@faegrebd.com*
11766 Wilshire Blvd, Suite 750
Los Angeles, CA  90025
Telephone:      (310) 500-2090
Facsimile:      (310) 500-2091

*Attorneys for Defendant*
ZIMMER BIOMET, INC.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
GENESE K. DOPSON (SBN 108333)
*Genese.Dopson@wilsonelser.com*
JIANLIN SONG (SBN 289226)
*Jianlin.Song@wilsonelser.com*
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:      (415) 433-0990
Facsimile:      (415) 434-1370

*Attorneys for Defendant*
OMNILIFE SCIENCE, INC.

**QUINLAN, KERSHAW & FANUCCHI, LLP**
EDWARD L. FANUCCHI, ESQ. (SBN 040786)
*e.l.fanucchi@qkffirm.com*
2125 Merced Street
Fresno, CA93720
Telephone:      (559) 268-8771
Facsimile:      (559) 268-5701

*Attorneys for Plaintiff*
LEROY MAYFIELD

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LEROY MAYFIELD, | **CASE NO. 1:19-CV-00719-DAD-EPG** |
| Plaintiff, | Hon. Dale Drozd<br>Hon. Erica P. Grosjean |
| vs. | **STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| ZIMMER BIO, INC.; OMNIlife Science, Inc., and DOES 1-10, | |
| Defendants. | Date: September 17, 2019<br>Time: 10:30 a.m.<br>Dept.: Courtroom 10 (6th floor)<br>Trial Date: None set |

Plaintiff Leroy Mayfield ("Plaintiff") and Defendants Zimmer Biomet, Inc. (erroneously named as Zimmer Bio, Inc.; hereinafter, "Zimmer") and OMNIlife Science, Inc. (hereinafter, "Omni" and together with Plaintiff and Zimmer, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and respectfully request that the Court continue the Initial Case Management Conference from its currently set date of September 17, 2019 to **October 8, 2019** and the deadline to file the Joint Rule 26(f) Report from September 10, 2019 to **October 1, 2019.** In support of this request, the Parties stipulate as follows:

1.      On May 22, 2019, this case was removed to this Court from the California Superior Court County of Fresno.  Dkt. No. 1.

2.      On May 23, 2019, the Court set the Initial Case Management Conference for September 17, 2019, at 10:30 am.  Dkt. No. 3.

3.      Since then, the Parties have discussed the status of the case and on September 9, 2019, held a Fed. R. Civ. P. 26 meet and confer.

4.      Zimmer anticipates substituting representative counsel in this case within the next two weeks and requests additional time to get new counsel up to speed in advance of an initial case management conference.

5.      For efficiency, the Parties agree to stipulate to continue the September 17, 2019 Initial Case Management Conference and deadline to file the Joint Rule 26(f) Report to provide new counsel for Zimmer the necessary time to appear in this case and contribute to the case management process.

6.      This is the Parties' first request for a continuance.

7.      This request is not made for the purpose of delay.

IT IS HEREBY STIPULATED and requested, by and between the Parties and their respective counsel, that the Initial Case Management Conference be continued from September 17, 2019 to **October 8, 2019**, and the deadline to file the Joint Rule 26(f) Report be continued from September 10, 2019 to **October 1, 2019**.

2

1  Dated: September 10, 2019                    **QUINLAN, KERSHAW & FANUCCHI, LLP**

2                                               By:  */s/ Edward L. Fanucchi (as authorized on 9/09/19)*
                                                     EDWARD L. FANUCCHI
3
                                                     Attorneys for Plaintiff
4                                                    LEROY MAYFIELD

5
   Dated: September 10, 2019                    **FAEGRE BAKER DANIELS LLP**
6
                                                By:  */s/ Tarifa B. Laddon*
7                                                    TARIFA B. LADDON

8                                                    Attorneys for Defendants
                                                     ZIMMER BIOMET, INC.
9

10 Dated: September 10, 2019                    **WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                DICKER LLP**
11
                                                By:  */s/ Jianlin Song (as authorized on 9/10/19)*
12                                                   GENESE K. DOPSON
                                                     JIANLIN SONG
13
                                                     Attorneys for Defendants
14                                                   OMNILIFE SCIENCE, INC.

15

16

17 PURSUANT TO STIPULATION, IT IS ORDERED that the Initial Case Management, currently

18 set for September 17, 2019, is continued to **October 8, 2019 at 10:30 a.m.**, and the deadline to

19 file the Joint Rule 26(f) Report is continued from September 10, 2019 to **October 1, 2019.**

20
   IT IS SO ORDERED.
21

22    Dated:  __**September 10, 2019**__        /s/ *Erica P. Grosjean*

23                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
                                                3