UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| LEROY MAYFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZIMMER BIO, INC.; OMNIlife Science, Inc., and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. 1:19-CV-00719-DAD-EPG<br><br>**ORDER GRANTING JOINT REQUEST TO AMEND SCHEDULING CONFERENCE ORDER TO CONTINUE DEADLINES** |

| | |
|---|---|
| Complaint Filed: | July 12, 2018 |
| Nonexpert Discovery Cutoff: | August 7, 2020 |
| Expert Disclosure: | September 7, 2020 |
| Expert Disclosure: (Rebuttal) | October 8, 2020 |
| Expert Discovery Cutoff: | November 9, 2020 |
| Dispositive Motion Filing Deadline: | December 23, 2020 |
| Mid-Discovery Conf: | May 12, 2020,<br>Time: 10:00 a.m.<br>Dept: 10 |
| Pre-Trial Conf.: | June 7, 2021<br>Time: 1:30 p.m.<br>Dept: 5 |
| Trial Date:<br>(5-20 day estimate) | August 10, 2021<br>Time: 8:30 a.m.<br>Dept: 5 |

On October 8, 2019, the Court entered a Scheduling Order. (ECF No. 14.) On March 30, 2020, in light of COVID-19, the Court continued the mid-discovery status conference to May 12, 2020. (ECF No. 29.) The parties filed a Joint Request to Amend Scheduling Conference Order to Continue Deadlines on April 10, 2020, taking into account further delays caused by COVID-19. (ECF No. 30.) The Joint Request sought to continue all dates—including the dispositive motion deadline—other than the pre-trial conference and the trial. (ECF No. 30.) However, the parties' proposed dispositive motion deadline is too close to the previously scheduled trial date. Thus, the Court will also continue the pretrial conference and trial.

The Court hereby amends the Scheduling Order as follows:

- Mid-Discovery Status Conference: May 12, 2020;
- Non-Expert Cutoff: August 7, 2020;
- Expert Disclosure: September 7, 2020;
- Rebuttal Expert Disclosure: October 8, 2020;
- Expert Discovery Cutoff: November 9, 2020;
- Dispositive Motion Filing Deadline: December 23, 2020;
- Pretrial Conference: June 7, 2021, at 1:30 p.m.; and
- Jury Trial: August 10, 2021, at 8:30 a.m.

IT IS SO ORDERED.

Dated: __April 14, 2020__

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE