# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY MAYFIELD,<br><br>         Plaintiff,<br><br>    v.<br><br>ZIMMER BIO, INC., et al.,<br><br>         Defendants. | Case No. 1:19-cv-00719-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL AS TO DEFENDANT ZIMMER BIO, INC. WITH PREJUDICE<br><br>(ECF No. 37) |

Plaintiff, Leroy Mayfield, and Defendant Zimmer Bio, Inc.[1] have filed a stipulation to dismiss with prejudice all claims against Zimmer Bio, Inc. (ECF No. 45.) Pursuant to the stipulation, the case against Zimmer Bio, Inc. has ended and the case is dismissed with prejudice only as to Zimmer Bio, Inc. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

    Dated:  **June 16, 2020**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation of dismissal indicates that Zimmer Biomet, Inc. was erroneously sued as Zimmer Bio, Inc. (ECF No. 37, at 1).