UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LEROY MAYFIELD,<br><br>             Plaintiff,<br><br>   v.<br><br>ZIMMER BIO, INC.; OMNIlife Science, Inc., and DOES 1-10,<br><br>             Defendants. | CASE NO. 1:19-CV-00719-DAD-EPG<br><br>ORDER MODIFYING SCHEDULING ORDER<br><br>(ECF No. 43) |

On July 24, 2020, the parties filed a stipulation to modify the scheduling order. (ECF No. 43). There is good cause to modify the scheduling order. However, as the parties wish to extend the dispositive motion filing deadline, the pretrial conference and trial must also be continued.

Accordingly, **IT IS HERBY ORDERED** that the current Scheduling Order be modified to reflect the discovery and law and motion deadlines as follows:

///

///

///

///

///

///

///

1

| Event | New Deadlines |
|---|---|
| Non-Expert Discovery Cutoff: | February 1, 2021 |
| Expert Disclosure: | February 22, 2021 |
| Rebuttal Expert Disclosure: | March 15, 2021 |
| Expert Discovery Cutoff: | April 9, 2021 |
| Dispositive Motion Filing Deadline: | May 14, 2021 |
| Pretrial Conference: | October 4, 2021, at 1:30 p.m. |
| Trial Date: | December 7, 2021, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **July 24, 2020**  /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE