# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY MAYFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OMNILIFE SCIENCE, INC.,<br><br>　　　　Defendant. | Case No. 1:19-cv-00719-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

　　　Plaintiff, Leroy Mayfield, and the sole remaining Defendant, OMNIlife Science, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 45). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　Dated:　**November 19, 2020**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE